**THERESE S. HARRIS (SBN 246711)**
OF COUNSEL
M. HARVEY REPHEN & ASSOCIATES, P.C.
935 RIVERSIDE DRIVE, SUITE 7B
PASO ROBLES, CA 93446
Telephone: 805-369-2053
Facsimile:   805-715-7824
tharris@tharrislawoffice.com

Attorney for Plaintiff, GUADALUPE LLANERA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE LLANERA, an individual,<br><br>　　　　　Plaintiff,<br><br>　and<br><br>I.C. SYSTEM, INC.,<br><br>　　　　　Defendant. | CASE NO: 2:15-cv-07654-CAS-PJM<br><br>STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Plaintiff, GUADALUPE LLANERA, and Defendant, I.C. SYSTEM, INC., pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii) and through undersigned Counsel, hereby stipulate and request that the above-entitled action shall be dismissed with prejudice.  Each party is to bear their own costs and attorney fees.

IT IS SO STIPULATED:

DATED: April 25, 2016                                  /s/ Therese S. Harris_____
                                                                       THERESE S. HARRIS, Attorney for
                                                                       Plaintiff, Guadalupe Llanera


DATED: April 25, 2016                                  /s/ Sean P. Flynn_____
                                                                       SEAN P. FLYNN, Attorney for
                                                                       Defendant, I.C. System, Inc.

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF SAN LUIS OBISPO**

I am employed in the County of San Luis Obispo, State of California. I am over the age of 18 and not a party to the within action; my business address is 935 Riverside Avenue, Suite 7B, Paso Robles, CA 93446.

On April 25, 2016, I served true copies of the following document(s) described as follows:

**STIPULATION AND REQUEST TO DISMISS ENTIRE ACTION WITH PREJUDICE**

on the interested parties in this action as described as follows:

**SEE ATTACHED SERVICE LIST**

[X]   **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 25, 2016                              /s/ Sarah H. Hoboy
                                                                    SARAH H. HOBOY

## SERVICE LIST

Therese S. Harris, Esq.
Of Counsel
M. Harvey Rephen & Associates, P.C.
935 Riverside Avenue, Suite 7B
Paso Robles, CA  93446
Telephone: (805) 369-2053
Facsimile: (805) 715-7824
Email: tharris@tharrislawoffice.com
Counsel for Plaintiff, Guadalupe Llanera

Sean P. Flynn
Gordon & Rees LLP
2211 Michelson Drive, Suite 400
Irvine, CA  92612
Telephone: (949) 225-6950
Facsimile: (949) 474-2060
Email: sflynn@gordonrees.com
Counsel for Defendant, I.C. System, Inc.